UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Judith Fiore, et al.   Plaintiffs, v. Indevus Pharmaceuticals, Inc., et al.   Defendants. | CIVIL ACTION NO. 04-11307 GAO |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Certified Copies of Middlesex Superior Court docket and pleadings.

The original documents are maintained in the case file in the Clerk's Office.


Dated:  June 25, 2004      /s/ Janice W. Howe
                           William A. McCormack  BBO #329580
                           Janice W. Howe BBO #242190
                           David Yamin BBO #562216
                           Bingham McCutchen LLP
                           150 Federal Street
                           Boston, MA  02110
                           (617) 951-8000
                           *Counsel for Defendants Wyeth and*
                           *Wyeth Pharmaceuticals, Inc.*